COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-19-00183-CV |
| Style: | Prentis B. Tomlinson, Jr. |
| | v. John Khoury |
| Date motion filed: | October 1, 2020 |
| Type of motion: | Unopposed Motion to Postpone Oral Argument |
| Party filing motion: | Appellee |

Ordered that motion is:

☒ Granted

☐ Denied

Appellee has filed an Unopposed Motion to Postpone Oral Argument due to a scheduling conflict. The Court **grants** the motion and, after conferring with counsel for the parties, withdraws this case from submission and oral argument on October 27, 2020, and **resets** this case for submission and oral argument via Zoom on **October 21, 2020 at 1:30 p.m.**

Judge's signature: /s/ Terry Adams

☐ Acting individually    ☒ Acting for the Court

Date: October 6, 2020